UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:19-CR-18-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 109) |
| BARRINGTON STRAUCHN, JR. | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 109 (2022 Medical Records) be sealed until further notice by this Court.

This 28 day of April, 2022.

JAMES C. DEVER III
United States District Judge